# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.J.,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, San Diego Field Office Director; TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security,<br><br>　　　　　　　　　　Respondents. | Case No. 3:25-cv-1317-GPC-JLB<br><br>Hon. Judge Gonzalo P. Curiel<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND TO FILE UNDER SEAL**<br><br>**[ECF No. 4]** |

Pending before the Court is Petitioner's motion to file documents under seal. ECF No. 4. Specifically, Petitioner seeks to redact her name and the names and personally identifying information of others named in her exhibits. *See id.* at 5-6. Given that these redactions are limited and pertain to Petitioner's asylum claim, the Court finds that there are sufficiently compelling reasons to override the presumption in favor of access to court records. *See Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003) ("The common law right of access, however, is not absolute and can be overridden given sufficiently compelling reasons for doing so."). Here, Petitioner's interest in keeping her personally identifying information and that of others confidential outweighs the public's interest in disclosure. *See id.* Petitioner has already filed public, redacted versions of the proposed sealed documents with her Petition. See ECF No. 1.

Accordingly, Petitioner's Motion to File Documents Under Seal (ECF No. 4) is **GRANTED**. The Clerk of Court is **DIRECTED** to file the documents, currently lodged with the Court at ECF No. 5, **UNDER SEAL**.

**IT IS SO ORDERED.**

Dated: June 2, 2025

Hon. Gonzalo P. Curiel
United States District Judge